ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Fluor Corporation ) | ASBCA Nos. 58850, 59201 |
| ) | |
| Under Contract No. W52P1J-07-D-0008 ) | |

APPEARANCES FOR THE APPELLANT:     Gregory A. Smith, Esq.
John S. Pachter, Esq.
Daniel D. Rounds, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

Donald M. Yenovkian II, Esq.
  Senior Counsel

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Arthur M. Taylor, Esq.
  Deputy Chief Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute which is the subject of these appeals having been settled, the appeals are hereby dismissed with prejudice.

Dated: 14 September 2015

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58850, 59201, Appeals of Fluor Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
